No. 13.   THOMPSON ET AL. *v.* WALLIN ET AL.   Appeal from the Court of Appeals of New York.   September 12, 1951.   Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court.   *John J. Abt* for appellants. *Nathaniel L. Goldstein,* Attorney General of New York,

*Wendell P. Brown,* Solicitor General, and *Ruth Kessler Toch,* Assistant Attorney General, for appellees. █

